UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LINDA F. LOVE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL NO. 2:07-CV-269 |
| | ) | (GREER/CARTER) |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
|     Defendant. | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge William B. Mitchell Carter, [Doc. 14]. The Magistrate Judge recommended that the Commissioner's decision be affirmed, that defendant's motion for summary judgment, [Doc. 11], be granted, that the plaintiff's motion for judgment on the pleadings, [Doc. 9], be denied, and this case dismissed. The plaintiff has timely objected to the Report and Recommendation. [Doc. 15].

After careful and *de novo* consideration of the entire record, including the Report and Recommendation, the motions of the respective parties, the administrative record, and the plaintiff's objections, the Report and Recommendation of the Magistrate Judge is **AFFIRMED** and **ADOPTED**, plaintiff's objection thereto is

**OVERRULED**, the motion for summary judgment filed by the defendant is **GRANTED**, the motion for judgment on the pleadings filed by the plaintiff is **DENIED**, and the case is **DISMISSED**.

So ordered.

ENTER:

> s/J. RONNIE GREER
> UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT